THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARY GUILEY, Appellant.

*People* v. *Guiley*, 171 App. Div. 973, reversed.
(Argued November 19, 1917; decided December 4, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 13, 1915, which affirmed a judgment of conviction rendered by the Chautauqua County Court upon defendant's refusing to plead to an indictment charging her with adultery after disallowance of her demurrer thereto. The defendant moved to dismiss the indictment on the ground that the crime charged in the indictment was alleged to have been committed on the 17th day of October, 1915, an impossible date, the same being in the future. Defendant also demurred to the indictment on the ground that it did not state facts sufficient to constitute a crime.

*Thomas H. Larkins* for appellant.
*Warner S. Rexford* for respondent.

Judgments of Appellate Division and of County Court reversed and defendant discharged on the authority of *People* v. *Van Every* (222 N. Y. 74).

Concur: HISCOCK, Ch. J., HOGAN, POUND, MCLAUGH-LIN and ANDREWS, JJ. Dissenting: CHASE and CUDDE-BACK, JJ.